UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

JOHN QUINCY ADAMS                                                                     PLAINTIFF

VS.                                               CIVIL ACTION NO.:   3:20-CV-469-HTW-LGI

JENNIFER HALL, ET AL.                                                              DEFENDANTS

## FINAL JUDGMENT

This Court having entered its Order dismissing this cause, which order is incorporated herein, this Court enters this Final Judgment in accordance with Rule 58 of the Federal Rules of Civil Procedure.

IT IS, THEREFORE, ORDERED AND ADJUDGED that this case is dismissed with prejudice as to all parties and claims.

SO ORDERED AND ADJUDGED, this the 2nd day of September, 2021.


s/ HENRY T. WINGATE
UNITED STATES DISTRICT JUDGE