UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

**JOHN QUINCY ADAMS, ET AL.**                                        **PLAINTIFFS**

**VS.**                               **CIVIL ACTION NO.:   3:20-CV-469-HTW-LGI**

**PEARL RIVER VALLEY WATER SUPPLY DISTRICT, ET AL.**      **DEFENDANTS**

**REVISED FINAL JUDGMENT**

This Court having entered its Revised Order dismissing this cause, which order is incorporated herein, this Court enters this (Revised) Final Judgment in accordance with Rule 58 of the Federal Rules of Civil Procedure.

IT IS, THEREFORE, ORDERED AND ADJUDGED that this case is dismissed without prejudice as to all parties and claims.

SO ORDERED AND ADJUDGED, this the  6th  day of   September  , 2024.


                                              /s/ HENRY T. WINGATE
                                              UNITED STATES DISTRICT JUDGE